**Francis AKINRO, Plaintiff—Appellant,**

v.

**AVIS CAR RENTAL, et al.,
Defendant—Appellee.**

**No. 10–1631.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Sept. 30, 2010.

Francis Akinro, Appellant Pro Se.

Before WILKINSON, SHEDD, and
DAVIS, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Francis Akinro appeals the district
court's order dismissing his civil complaint.
We have reviewed the record and find no
reversible error. Accordingly, we grant
leave to proceed in forma pauperis and
affirm for the reasons stated by the district
court. *Akinro v. Avis Car Rental,*
No. 1:10–cv–01300–BEL (D.Md. May 25,
2010). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED.*